**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 10-MJ-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JESSE WADE MONROE,**

**Defendant.**

---

**MINUTE ORDER RESCHEDULING JURY TRIAL**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Magistrate Judge has been advised that a jury trial scheduled for 4 to 5 days in Durango by a U. S. District Court Judge is being rescheduled to begin on October 25, 2010 in Durango which would conflict with the jury trial currently scheduled in this case, therefore, after conferring with counsel and there being no objection;

      **IT IS HEREBY ORDERED** that the jury trial scheduled in this matter is **VACATED** and **RESCHEDULED** for **November 9, 2010 at 8:00 a.m.** All other settings in this case shall remain as scheduled.

**DATED: September 14, 2010.**

                                                  **BY THE COURT:**

                                                  **s/David L. West**
                                                  **United States Magistrate Judge**