# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal No. 10-MJ-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JESSE WADE MONROE,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that in preparation for the Pretrial Conference set before the Magistrate Judge on October 19, 2010 at 4:00 p.m. counsel shall submit the following:

1. Proposed Jury Instructions, standard and special.

2. Questions for the Court to ask during jury selection. (Each side will have fifteen (15) minutes to ask questions. Questions may not consist of hypothetical or argumentative questions.

3. Witness List and List of Exhibits with stipulations as to admissibility, if appropriate.

4. Verdict form.

**DATED: October 5, 2010.**

                                                   **BY THE COURT:**

                                                   **s/David L. West**
                                                   **United States Magistrate Judge**