IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 10-MJ-00131-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JESSE WADE MONROE,**

**Defendant.**

---

### MINUTE ORDER RESCHEDULING PRETRIAL CONFERENCE
---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the Pretrial Conference previously rescheduled to November 10, 2010 at 8:30 a.m. is **RESCHEDULED back to November 12, 2010 at 8:30 a.m.** due to the fact that defense counsel has no way to contact the Defendant and the Defendant was previously ordered in open Court to appear on November 12, 2010 at 8:30 a.m.

    Defendant's bond is continued to that date and time.

**DATED: October 29, 2010.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**